```
Kevin R. Lussier (State Bar No. 143821)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950        E-filed: 9/23/2008
Los Angeles, California  90067-3134      JS-6
Telephone:  (310) 557-8989
Facsimile:  (310) 788-0080
E-mail: klussier@berryperkins.com

Attorneys for PLANTIFF
CHANEL, INC.
```

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KIMBERLI HUNTER a/k/a KIM FORKS a/k/a KIM EASTLAND d/b/a GQ BAGS d/b/a GQBAGS.COM d/b/a ULTIMATE HANDBAGS d/b/a ULTIMATEHANDBAGS.COM and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:08-cv-02226-GHK VBK(x)<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br><mark>NOTE:  CHANGES MADE BY THE COURT</mark> |

　　　IN ACCORDANCE with this Court's previously issued Order granting Chanel, Inc.'s ("Chanel") Motion for Entry of Default Judgment Against KIMBERLI HUNTER a/k/a KIM FORKS a/k/a KIM EASTLAND d/b/a GQ BAGS d/b/a GQBAGS.COM d/b/a ULTIMATE HANDBAGS d/b/a ULTIMATEHANDBAGS.COM ("Defendant"),

　　　IT IS HEREBY ORDERED that Final Judgment is ENTERED in favor of Chanel and against Defendant on all counts.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant's infringement and counterfeiting of Chanel's trademarks was malicious and willful.

IT IS ORDERED AND ADJUDGED that Defendant KIMBERLI HUNTER a/k/a Kim Forks a/k/a Kim Eastland d/b/a GQ Bags d/b/a GQBags.com d/b/a Ultimate Handbags d/b/a UltimateHandbags.com and her respective officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with any of the foregoing who receive actual notice of this injunction by personal service or otherwise are hereby restrained and enjoined from, intentionally and/or knowingly manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling, or offering to sell counterfeit and infringing goods using the Chanel Marks (as listed in the attachment herewith); using the Chanel Marks in connection with the sale of any unauthorized goods; using any logo, and/or layout which may be calculated to falsely advertise the services or products of Kimberli Hunter d/b/a GQ Bags d/b/a GQBags.com d/b/a Ultimate Handbags d/b/a UltimateHandbags.com, and/or any other business or website, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel; falsely representing itself as being connected with Chanel, through sponsorship or association; engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Kimberli Hunter d/b/a GQ Bags d/b/a GQBags.com d/b/a Ultimate Handbags d/b/a UltimateHandbags.com and/or any other business or website, are in any way endorsed by, approved by, and/or associated with Chanel; using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Kimberli Hunter d/b/a GQ Bags d/b/a GQBags.com d/b/a Ultimate Handbags d/b/a UltimateHandbags.com and/or any other business or website, including, without limitation, handbags and wallets; affixing, applying, annexing or using in

connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Kimberli Hunter d/b/a GQ Bags d/b/a GQBags.com d/b/a Ultimate Handbags d/b/a UltimateHandbags.com and/or any other business or website, as being those of Chanel or in any way endorsed by Chanel; offering such goods in commerce; and from otherwise unfairly competing with Chanel; secreting, destroying, altering, removing, ~~or otherwise dealing with~~ the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

IT IS FURTHER ORDERED AND ADJUDGED:

Pursuant to 15 U.S.C. § 1117(c) statutory damages are awarded against Defendant and in favor of Chanel in the amount of $210,000.00. Chanel is awarded court costs in the amount of $425.00.

This Judgment shall accrue interest at the rate prescribed by 28 U.S.C. § 1961.

IT IS SO ORDERED

Dated:   9/23/08

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE

Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080
E-mail: klussier@berryperkins.com

Attorneys for Plaintiff
CHANEL, INC., a New York Corporation

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLI HUNTER a/k/a KIM FORKS a/k/a KIM EASTLAND d/b/a GQ BAGS d/b/a GQBAGS.COM d/b/a ULTIMATE HANDBAGS d/b/a ULTIMATEHANDBAGS.COM, and DOES 1-10,<br><br>Defendant. | Case No. CV08-02226 GHK (VBKx)<br><br>**PROOF OF SERVICE OF:**<br><br>1) PLAINTIFF CHANEL, INC.'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST KIMBERLI HUNTER;<br>2) APPENDIX OF EVIDENTIARY MATERIALS IN SUPPORT THEREOF;<br>3) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST KIMBERLI HUNTER |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action, and my business address is Berry & Perkins (the "business"), 2049 Century Park East, Suite 950, Los Angeles, California 90067.

On September 9, 2008, I caused the following document to be served:

**[PROPOSED] FINAL JUDGMENT**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Kimberli Hunter<br>aka Kim Forks aka Kim Eastland<br>2116 W. 107th Street<br>Los Angeles, CA  90047 | Kimberli Hunter<br>Aka Kim Forks aka Kim Eastland<br>Post Office Box 8066<br>Inglewood, CA  90308 |

__X__  **BY REGULAR U.S. MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

____  **BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:** I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

____  **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above address(es).

____  (**State**)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__  (**Federal**)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 9, 2008, at Los Angeles, California.

/S/ Kate E. Oyler
Kate E. Oyler